NUMBER 13-01-394-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JOHNICE BOWMAN , Appellant,


v.


ROBERT CHASE , Appellee.

____________________________________________________________________


On appeal from the 135th District Court

of Victoria County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, JOHNICE BOWMAN , perfected an appeal from a judgment entered by the 135th District Court of Victoria
County, Texas, in cause number 00-2-54,530-B . After the notice of appeal was filed, appellant filed a motion to dismiss
the appeal. In the motion, appellant states that she no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 26th day of July, 2001 .